Jorge LUNA–TRUJILLO, Petitioner,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 03–70859.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 5, 2004.

Decided Jan. 10, 2005.

Philip James Smith, Esq., Hecht & Smith, Portland, OR, for Petitioner.

Mary Jane Candaux, Esq., Jennifer L. Lightbody, Esq., DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, TROTT, Circuit Judges, and POLLAK, Senior District Judge.*

MEMORANDUM **

Luna–Trujillo petitions for review of the government's decision to reinstate his prior order of removal under 8 U.S.C. § 1231(a)(5). We have jurisdiction to review Luna–Trujillo's petition under 8 U.S.C. § 1252(a). *See Castro–Cortez v. INS*, 239 F.3d 1037, 1043–44 (9th Cir. 2001). The procedures under which Luna–Trujillo's prior order of removal was reinstated violate the Immigration and Nationality Act, 8 U.S.C. § 1229a(a). *See Morales–Izquierdo v. Ashcroft*, 388 F.3d 1299, 1300 (9th Cir.2004). Therefore, we grant the petition for review and remand for further proceedings.

PETITION GRANTED; REMANDED.

---

* Hon. Louis H. Pollak, Senior U.S. District Judge for the Eastern District of Pennsylvania, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.